FILED - GR
December 12, 2007 11:41 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN EDGAR McGREW III and
LAURELI KATHERINE McKAY,

    Defendants.
_____/

No. **1:07-cr-286**

Hon. **Paul L Maloney
US District Judge**

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Possession of Cocaine and Cocaine Base with Intent to Distribute)

On or about December 15, 2006, in Ingham County, in the Southern Division of the Western District of Michigan,

**ALLEN EDGAR McGREW III and
LAURELI KATHERINE McKAY**

knowingly and intentionally possessed with intent to distribute, and aided and abetted each other in the possession with intent to distribute, a quantity of a mixture or substance containing a detectable amount of cocaine and five grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack" cocaine), both Schedule II controlled substances.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(iii)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 2
(Felon in Possession of Firearms)

On or about December 15, 2006, in Ingham County, in the Southern Division of the Western District of Michigan,

**ALLEN EDGAR McGREW III**,

being a person who had been convicted of an offense punishable by imprisonment for a term exceeding one year under the laws of the State of Michigan, did knowingly possess one or more of the following firearms in and affecting commerce: a Taurus .45 caliber, Model PT145, semiautomatic pistol, and a Taurus 9mm, Model P92AFS, semiautomatic pistol.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)

## COUNT 3
(Possession of Firearms in Furtherance of Drug Trafficking)

On or about December 15, 2006, in Ingham County, in the Southern Division of the Western District of Michigan,

### ALLEN EDGAR McGREW III

knowingly possessed one or more of the following firearms: a Taurus .45 caliber, Model PT145, semiautomatic pistol, and a Taurus 9mm, Model P92AFS, semiautomatic pistol, in furtherance of the drug trafficking crime of possession with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine and five grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack" cocaine), both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and 841(b)(1)(C), as charged in Count 1 of this Indictment.

18 U.S.C. § 924(c)(1)(A)(i)

A TRUE BILL

_____
GRAND JURY FOREPERSON

CHARLES R. GROSS
United States Attorney

_____
PHILLIP J. GREEN
Assistant United States Attorney