**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**

**CRIMINAL MINUTE SHEET**

**USA v.** Allen Edgar McGrew, III  **District Judge:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:07-cr-286 | 1/26/09 | 9:03 a.m. - 9:30 a.m. | Kalamazoo | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Christopher O'Connor | Chris Houghtaling | CJA Appointment |

### TYPE OF HEARING
- ___ Arraignment:
  - ___ mute
  - ___ not guilty
  - ___ guilty
  - ___ nolo contendre
- ___ Final Pretrial Conference
- ___ Detention  (waived ___)
- ___ Motion Hearing
- ___ Revocation/SRV/PV
- ___ Bond Violation
- ___ Change of Plea
- ✓ Sentencing
- ___ Trial
- ___ Other:

### DOCUMENTS
- ___ Defendant's Rights
- ___ Waiver of Indictment
- ___ Other:

Court to Issue:
- ___ Order of Detention
- ___ Notice of Sentencing
- ___ Order Appointing Counsel
- ___ Other:

### CHANGE OF PLEA
Charging Document:
___ Read       ___ Reading Waived

Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

- ___ Presentence Report Ordered
- ___ Presentence Report Waived
- ___ Plea Accepted by the Court
- ___ Plea Taken under Advisement
- ___ No Written Plea Agreement

### SENTENCING

Imprisonment: 42 mos Ct 1; 60 mos Ct 3 cons
Probation: n/a
Supervised Release: 4 yrs Cts 1&3 concurrent
Fine: $ 0.00
Restitution: $ 0.00
Special Assessment: $ 200.00

Plea Agreement Accepted: ✓ Yes   ___ No
Appeal Packet Given: ✓ Yes   ___ No
Conviction Information:
Date: 5/29/08
By: Plea
As to Count(s): 1 & 3 of Indictment

**ADDITIONAL INFORMATION:**
Count 2 dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

**CASE TO BE:**          **TYPE OF HEARING:**

**Reporter/Recorder:** Kathleen Thomas    **Case Manager:** A. Redmond